# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2025

*The Court of Appeals hereby passes the following order:*

A25I0132. COLISEUM MEDICAL CENTER, LLC v. JOSEPHINE CORNELIUS et al.

Applicant Coliseum Medical Center, LLC has filed a motion to withdraw this application for interlocutory appeal. Upon review, the motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/23/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*